NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MELISSA L. BURNETT,**
*Petitioner,*

v.

**DEPARTMENT OF HOUSING AND URBAN
DEVELOPMENT,**
*Respondent.*

---

2012-3176

---

Petition for review of the Merit Systems Protection Board in case no. CH1221110614-W-1.

---

**ON MOTION**

---

**ORDER**

Melissa L. Burnett moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 0 7 2012
—————————————
Date

/s/ Jan Horbaly
—————————————
Jan Horbaly
Clerk

cc: Melissa L. Burnett
    Jeanne E. Davidson, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 7 2012

JAN HORBALY
CLERK